# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag. No. 19-7019 |
| JANEIDE CHILLIS | : | **CONTINUANCE** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (Joshua L. Haber, Assistant U.S. Attorney, appearing), and defendant Janeide Chillis (Julian Wilsey, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including July 1, 2020, to allow the parties to continue plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date of the defendant's arrest, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and this being the seventh request for a continuance in this matter, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)    New counsel was recently assigned to this matter, and new counsel requires a reasonable amount of time necessary for effective preparation in this matter;

(2)    New counsel is reviewing a plea agreement amongst the parties, and plea negotiations are ongoing; both the United States and the defendant desire additional time to finalize a plea agreement and an acceptable factual basis for any such plea, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(3)    The defendant has consented to the above-referenced continuance; and

(4)    As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this _____ day of March, 2020,

ORDERED that this action be, and hereby is, continued from the date this Order is signed through and including July 1, 2020; and it is further

ORDERED that the period from the date this Order is signed through and including July 1, 2020 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                          s/Cathy L. Waldor    3/16/20
                                      HON. CATHY L. WALDOR
                                      United States Magistrate Judge

Form and entry consented to:

_[signature]_
Joshua L. Haber
Assistant U.S. Attorney


_[signature]_
Julian Wilsey, Esq.
Counsel for defendant